**Motion for Rehearing Granted; Order filed November 27, 2012.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-11-00941-CV

————————

### HECTOR GAINES BARKLEY, III, Appellant

### V.

### TEXAS WINDSTORM INSURANCE ASSOCIATION, Appellee

---

**On Appeal from the 122nd District Court**
**Galveston County, Texas**
**Trial Court Cause No. 10-CV-3087A**

---

### ORDER

On September 11, 2012, this court issued an opinion dismissing this appeal. On, October 10, 2012, appellant filed a motion for rehearing. The motion is **GRANTED**.

This court's opinion filed September 11, 2012, is **WITHDRAWN**, and our judgment of that date is **VACATED.** The appeal is ordered **REINSTATED.** Appellant's brief is due 30 days from the date of this order.

PER CURIAM

Panel consists of Justices Frost, Christopher, and Jamison.